Michael L. Meeks, Esq. (State Bar No. 172000)
Pepper Hamilton LLP
5 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: 949.567.3500
Fax: 866.777.8799
Meeksm@pepperlaw.com

William D. Belanger, BBO 657184
Aaron J. Levangie, BBO 652050
PEPPER HAMILTON LLP
101 Federal Street, Suite 1010
Boston, MA 02116
Ph: (617) 956-4350
Fax: (617) 956-4351
belangerm@pepperlaw.com
levangiea@pepperlaw.com

Attorneys for Movant Art Technology Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ART TECHNOLOGY GROUP, INC., <br><br> Movant, <br><br> v. <br><br> PILLSBURY, WINTHROP, SHAW, PITTMAN LLP and EGAIN COMMUNICATIONS CORP., <br><br> Respondents. | Civil Action No. 07-80275-MISC <br><br> **ART TECHNOLOGY GROUP, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PILLSBURY WINTHROP SHAW PITTMAN AND EGAIN COMMUNICATIONS CORP. TO COMPLY WITH SUBPOENAS DUCES TECUM** <br><br> Date: January 4, 2008 <br> Time: 10:00 a.m. <br> Ctrm: 9: |

1    Movant Art Technology Group, Inc. ("ATG") hereby withdraws its Motion
2  to Compel Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") and eGain
3  Communications Corp. ("eGain") to Comply with Subpoenas Duces Tecum filed
4  with the Court on December 11, 2007.  Counsel for ATG, Pillsbury, and eGain
5  have conferred since ATG filed its motion and as a result have resolved their
6  dispute such that ATG no longer requires Court intervention to enforce its
7  subpoenas to Pillsbury and eGain.  In view of this withdrawal, ATG respectfully
8  requests that the Court cancels the hearing relating to its motion to compel
9  scheduled to begin at 10:00 a.m. on January 4, 2008.
10    Concurrent with the filing of this notice of withdrawal, counsel for ATG is
11  contacting the Clerk of Court to notify the Court that ATG is withdrawing its
12  Motion to Compel Pillsbury and eGain.

14  Dated:     December 21, 2007          PEPPER HAMILTON LLP

16                                         By:_____/s/_____
17                                            MICHAEL L. MEEKS
                                              Attorneys for Art Technology
18                                            Group, Inc.

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is Pepper Hamilton LLP, 5 Park Plaza, Suite 1700, Irvine, California 92614. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described ART TECHNOLOGY GROUP, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PILLSBURY WINTHROP SHAW PITTMAN AND EGAIN COMMUNICATIONS CORP. TO COMPLY WITH SUBPOENAS DUCES TECUM on all interested parties in this action by placing [ ] the original [ x ] a true copy thereof in a sealed envelope addressed as follows:

| Pillsbury, Withrop, Shaw, Pittman, LLP<br>Joe Clark, Administrative Assistant<br>2475 Hanover Street<br>Palo Alto, CA 94304 | EGain Communications, Corp.<br>Joe Clark, Administrative Assistant<br>2475 Hanover Street<br>Palo Alto, Ca 94304 |
|---|---|

[ x ]  **BY MAIL**: I am "readily familiar" with Pepper Hamilton's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereof fully prepaid at Irvine, California, on that same day following ordinary business practices.

[ ]  **BY FACSIMILE**: Before 5:00 p.m. on said date, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (949) 863-0151. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

[ ]  **BY OVERNIGHT DELIVERY**: I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

[ X ]  (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on December 21, 2007, at Irvine, California.

_____
RAQUEL MORENO

**PROOF OF SERVICE**